UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHARI ANNETTE JORDEN,

    Plaintiff,

    v.

COVIDIEN, LP., et al.,

    Defendants.

No. C 19–05709 WHA

**ORDER GRANTING DEFENDANTS' MOTION TO SEAL**

Protecting personally-identifiable information (such as addresses, dates of birth, social security numbers, etc.) contained in medical records represents a compelling reason to redact portions of those records. The proposed redactions are limited to this type of information and do not impinge upon the public's ability to understand this litigation. The motion to seal is **GRANTED**.

**IT IS SO ORDERED.**

Dated: June 22, 2021

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE