United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHARI ANNETTE JORDEN,

    Plaintiff,

  v.

COVIDIEN, LP., et al.,

    Defendants.

No. C 15–05709 WHA

**ORDER GRANTING MOTIONS TO SEAL**

    The parties have stipulated to a dismissal with prejudice, which was granted, but five motions to seal remain pending.

    Plaintiff's motions seek to redact portions of records submitted with the opposition to summary judgment and the response to the order to show cause (Dkt. 79, 97). The presence of personally-identifiable information in these records warrants redactions, but the plaintiff must leave the substance of the records intact as this information assists the public's understanding of the case. The plaintiff shall redact Jorden's personally-identifiable information (*i.e.*, date of birth, social security number) and **REFILE** unsealed versions of the redacted documents **BY AUGUST 23 AT NOON**.

    Three of the pending motions to seek to seal defendants' motions in limine, exhibits filed in support of the motions in limine, and exhibits in support of defendants' trial brief (Dkts. 106, 107, 111). Defendants seek to seal these documents because they contain personally-

identifiable information.  Typically, the undersigned judge would not allow the sealing of entire exhibits that could be redacted to protect personally-identifiable information.  But defendants submitted these materials before the dismissal with prejudice and before the final pretrial conference.  Because the dismissal precluded consideration of these documents, the public has little interest in accessing them.  The motion to seal these documents is therefore **GRANTED.**

    **IT IS SO ORDERED.**

Dated:  August 16, 2021

*[signature]*
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE